**Order entered September 22, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00101-CV

**STACEY DORFMAN KIVOWITZ, SAMUEL GRANT DORFMAN, SCI TEXAS FUNERAL SERVICES, LLC D/B/A SPARKMAN/HILLCREST FUNERAL HOME AND D/B/A HILLCREST MAUSOLEUM AND MEMORIAL PARK, Appellants**

**V.**

**LOUIS DORFMAN, SR., Appellee**

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-13563

### ORDER

Before the Court is appellants Stacey Dorfman Kivowitz and Samuel Grant Dorfman's September 20, 2021 unopposed motion to file corrected appellants' brief or alternatively for three-day extension of time to file brief. We **GRANT** the motion to the extent we **ORDER** the brief, as corrected, be filed **no later than September 24, 2021.**

/s/    CRAIG SMITH
         JUSTICE